IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., | No. C 14-80147 WHA |
| Plaintiff, | |
| v. | |
| WILLIAM O. MCCLENDON, | **ORDER REGARDING PROOFS OF SERVICE** |
| Defendant. | |

On May 21, plaintiff UBS Financial Services Inc. filed a motion to confirm an arbitration award issued by the Financial Industry Regulatory Authority Dispute Resolution arbitration panel in *UBS Financial Services Inc. v. William O. McClendon*, FINRA Case No. 12-01338. The petition stated that William Ogilvie McClendon is a "citizen of the state of California" and was a former UBS employee.

On May 27, UBS filed a notice of a hearing on **JULY 10, 2014 AT 8:00 A.M.** All parties must appear in person (or through counsel). No proofs of service were filed for the petition, motion, and notice. *See* Civil Local Rule 5-1(d), 5-5(a). Mr. McClendon's opposition to the motion is due on **JUNE 4, 2014**.

By **MAY 29, 2014**, UBS shall file proper proofs of service. UBS shall also promptly serve this order on Mr. McClendon and/or his counsel.

**IT IS SO ORDERED.**

Dated: May 28, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE