**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UBS FINANCIAL SERVICES INC.,

           Petitioner,

   v.

WILLIAM O.  MCCLENDON,

           Respondent.

_____/

No. MC 14-80147 WHA

**JUDGMENT**

      To the extent stated in the accompanying order dated June 27, 2014 (Dkt. No. 10),

**FINAL JUDGMENT IS HEREBY ENTERED** in favor of petitioner UBS Financial Services, Inc.,

and against respondent William O. McClendon in the following amounts:  (1) $77,729.60,

with pre-judgment interest at the rate of 2.95 percent per annum beginning from January 6,

2012; (2) $161,651.75, with pre-judgment interest at the rate of 2.69 percent per annum

beginning from January 6, 2012; (3) $203,186.46, with pre-judgment interest at the rate of

2.8 percent per annum beginning on January 6, 2012; (4) pre-award attorney's fees and costs of

$165,000; (5) post-judgment interest on these amounts at the statutory rate set by Section 1961

of Title 28 of the United States Code.

      The Clerk **SHALL CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated:  June 27, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE